IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JENNIFER W. LEVY-TATUM | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| NAVIENT, and | : | |
| SALLIE MAE BANK | : | NO. 15-3794 |

ORDER

AND NOW, this 7th day of January, 2016, upon consideration of plaintiff Jennifer W. Levy-Tatum's complaint, defendants Navient and Sallie Mae Bank's motion to dismiss (docket entry #8), Levy-Tatum's response in opposition thereto, and for the reasons set forth in our Memorandum issued this day, it is hereby ORDERED that:

1. Defendants' motion for leave to file a reply brief (docket entry #10) is GRANTED and the Clerk of Court shall DOCKET the defendants' reply;

2. Defendants' motion to dismiss (docket entry #8) is GRANTED IN PART;

3. Counts I, IV and V are DISMISSED WITH PREJUDICE as to defendants Navient and Sallie Mae Bank;

4. Counts II, III and VI are DISMISSED WITH PREJUDICE as to defendant Sallie Mae Bank only and DISMISSED WITHOUT PREJUDICE as to defendant Navient only; and

5. Plaintiff may FILE an amended complaint by noon on February 8, 2016, and failure to do so will result in the Clerk of Court closing this case.

BY THE COURT:

\_\_/s/ Stewart Dalzell, J.
Stewart Dalzell, J.