IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JENNIFER W. LEVY-TATUM | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| NAVIENT SOLUTIONS, INC. | : | NO. 15-3794 |

ORDER

AND NOW, this 28th of April, 2016, upon consideration of plaintiff's first amended complaint, defendant's motion to dismiss (docket entry #15), plaintiff's untimely filed response in opposition thereto, and defendant's motion for leave to reply (docket entry #17), and for the reasons set forth in our Memorandum issued this day, it is hereby ORDERED that:

1. Defendant's motion to dismiss (docket entry #15) is GRANTED;

2. Counts I, III, and IV are DISMISSED WITH PREJUDICE;

3. That portion of Count II seeking a declaratory judgment with respect to defendant's alleged predatory lending practices and business tactics is DISMISSED WITH PREJUDICE;

4. That portion of Count II seeking a declaratory judgment with respect to plaintiff's obligations under Loan No. 5029350002377617 is DISMISSED WITHOUT PREJUDICE;

5. Defendant's motion for leave to file a reply (docket entry #17) is GRANTED and the Clerk of Court shall DOCKET Exhibit 1 of that motion; and

6. The Clerk of Court shall CLOSE this case statistically.

BY THE COURT:

/s/ Stewart Dalzell, J.
Stewart Dalzell, J.